

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00074-CV

| | | |
|---|---|---|
| Gail Rigsby | § | From the 236th District Court |
| | § | of Tarrant County (236-265926-13) |
| v. | | |
| | § | April 2, 2015 |
| EECU | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment that dismisses Gail Rigsby's intentional infliction of emotional distress, negligence, and gross negligence claims and remand this case to the trial court to consider EECU's motion to dismiss those claims for the reasons advanced in EECU's motion to dismiss. We affirm that portion of the trial court's judgment that dismisses Gail Rigsby's defamation claim.

It is further ordered that Appellant Gail Rigsby shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier